FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY JOHN SAMPSON, JR,<br><br>    Defendant. | No. 1:25-CR-02122-SAB-1<br><br>**ORDER GRANTING MOTION**<br><br>**FOR PROTECTIVE ORDER** |

    The Court has received and reviewed the Unopposed Motion for Protective Order Regarding Discovery and the Identification of Minor Victims or Witnesses, ECF No. 21, pursuant to 18 U.S.C. §§ 3509 and 3771, filed by the parties in the above-captioned matter, and is fully advised. The Court finds good cause to grant the motion.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Government's Unopposed Motion for Protective Order, ECF No. 21, is **GRANTED**.

    2.     The privacy protection measures mandated by 18 U.S.C. § 3509(d), which apply when a case involves a person under the age of eighteen yeas who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case

    3.    All persons acting in this case in a capacity described in 18 U.S.C. §

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER \* 1**

3509(d)(1)(B), shall:

    a. Keep all documents that disclose the names, identities, or any other information concerning minors in a secure place to which no person who does not have reason to know their contents has access;

    b. Disclose such documents or the information in them that concerns minors only to persons who, by reason of their participation in the proceeding, have reason to know of such information;

    c. Not permit Defendant himself to review discovery outside the presence of defense counsel or a defense investigator;

    d. Not permit Defendant to keep, copy, or record the identities of any minor or victim identified in discovery in this case.

4. All papers to be filed in Court that disclose the names or any other information identifying or concerning minors shall be filed under seal without necessity of obtaining a Court order, and that the person who makes the filing shall submit to the Clerk of the Court:

    a. The complete paper to be kept under seal; and

    b. The paper with the portions of it that disclose the names or other information identifying or concerning children redacted, to be placed in the public record.

5. The parties and the witnesses shall not disclose minors' identities during any proceedings connected with this case. The parties and witnesses will refer to alleged minor victims or witnesses only by using agreed-upon initials or pseudonyms (e.g., "Minor Victim 1"), rather than their bona fide names, in motions practice, opening statements, during the presentation of evidence, in closing arguments, and during sentencing.

6. The government may produce discovery to the defense that discloses

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER * 2**

the identity and images of the alleged minor victim or witness in this case in order to comply with the government's discovery obligations. Defendant, the defense team, Defendant's attorneys, and investigators, and all of their externs, employees, and/or staff members, shall keep this information confidential as set forth above.

7. This Order shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter the Order.

8. This Order shall apply to the personal identifying information and images of any minors who are identifies over the course of the case, whether or not such minors are known to the government and/or Defendant at the time the Order is entered by the Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 12th day of December 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER * 3**